**SEALED**

AO 106 (Rev. 04/10) Application for a Search Warrant

E-FILED
Thursday, 15 August, 2019 04:39:53 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

AUG 1 5 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

A GOOGLE NEXUS 5 CELLPHONE, (IMEI 353626072700417);
AN ACER CHROMEBOOK, (S/N NXGC2AA005638011F27200);
A CANON VIDEO CAMERA, (S/N 152294009303);
A SANDISK 128GB SD CARD; A KINGSTON 2GB MICRO SD CARD; AND A
SMART CLOCK SURVEILLANCE DEVICE, (S/N 97ELDALB1ASDZMYZ111A)

Case No. 19-mj-3125

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 through A-6.

located in the _____Central_____ District of _____Illinois_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423 | Travel with intent to engage in illicit sexual conduct |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Eric V. Bowers
*Applicant's signature*

Eric V. Bowers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/15/2019_____

s/ Tom Schanzle-Haskins
*Judge's signature*

City and state: _____Springfield, Illinois_____

Hon. Tom Schanzle-Haskins, Magistrate Judge
*Printed name and title*





## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

AUG 1 5 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF THE SEARCH OF )
)
A GOOGLE NEXUS 5 CELLPHONE, )
(IMEI 353626072700417); AN ACER )
CHROMEBOOK, (S/N )
NXGC2AA005638011F27200); )
A CANON VIDEO CAMERA, (S/N )
152294009303); A SANDISK 128GB SD )
CARD; A KINGSTON 2GB MICRO SD CARD;)
AND A SMART CLOCK SURVEILLANCE )
DEVICE, (S/N 97ELDALB1ASDZMYZ111A) )

CASE NO. 19-mj-3125

**FILED UNDER SEAL**

## APPLICATION AND AFFIDAVIT
## IN SUPPORT OF SEARCH WARRANT

I, Eric Bowers, being first duly sworn, depose and state as follows:

I am a Special Agent with the Department of Homeland Security

(DHS), Homeland Security Investigations (HSI), and have reason to believe

that within the identified items known as:

A GOOGLE NEXUS 5 CELLPHONE, (IMEI 353626072700417); AN ACER
CHROMEBOOK, (S/N NXGC2AA005638011F27200); A CANON VIDEO
CAMERA, (S/N 152294009303); A SANDISK 128GB SD CARD; A
KINGSTON 2GB MICRO SD CARD; AND A SMART CLOCK
SURVEILLANCE DEVICE, (S/N 97ELDALB1ASDZMYZ111A)

and which items are located within the Central District of Illinois and of which

photographs and additional descriptions are attached hereto as

"Attachments A" there is now concealed certain physical items, documents

or images or electronic data files containing documents or images or items storing digital information or used to create or maintain certain illegal contraband, namely:

**SEE ATTACHED LIST, ENTITLED "ATTACHMENT B"**

which constitutes evidence of the commission of a criminal offense or which is contraband, the fruits of crime, or things otherwise criminally possessed; all in violation of Title 18, United States Code, Section 2423.

### Introduction and Agent Background

1.     I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to the Resident Agent in Charge (RAC) in Springfield, Illinois.  I have been so employed since December 2006.  As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media.  I have been the Affiant of and participated in

2

the execution of numerous search warrants which involved child

exploitation and/or child pornography offenses.[1]

2.　　This affidavit is made in support of an application for warrants

to search the following devices for evidence, instrumentalities, and

contraband described further in Attachment B:

a.　　A Google Nexus 5 cellular telephone with International

Mobile Equipment Identity (IMEI) 353626072700417, described further in

A-1 ("Subject Device 1");

b.　　An Acer Chromebook with serial number

NXGC2AA005638011F27200, described further in A-2 ("Subject Device 2");

c.　　A Canon video camera with serial number142294009303,

described further in A-3 ("Subject Device 3");

d.　　A SanDisk 128GB SD card, described further in A-4

("Subject Device 4");

e.　　A Kingston 2GB micro SD card, described further in A-5

("Subject Device 5"); and

---

[1] The Seventh Circuit Court of Appeals made arguably adverse credibility findings regarding this witness in *United States v. Slaight*, 620 F.3d 816 (7th Cir. 2010). To the extent that the opinion reflects on the testimonial credibility of the agent, the United States respectfully disagrees.  The United States further notes that, in the underlying district court case, the district court found the Affiant's testimony credible and there was no finding by the *Slaight* Court that the district court's credibility finding was clearly erroneous.

f.  A Smart Clock surveillance device with serial number 97ELDALB1ASDZMYZ111A, described further in A-6 ("Subject Device 6").

3.  The purpose of this application is to seize evidence of violations of 18 U.S.C. § 2423, travel with intent to engage in illicit sexual conduct.

4.  The statements contained in this affidavit are based upon my observations and information I have gathered, my training and experience as a Special Agent of DHS/HSI, information provided to me by other law enforcement officers and investigators, and my consultation with other persons trained in the investigation, seizure, and analysis of computers, electronic data, and electronic media.

5.  Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. § 2423 are located at on the SUBJECT DEVICES 1-6.  Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## **Probable Cause Statement**

## **NCMEC CyberTipLine Report**

6.    On or about February 14, 2019, the National Center for Missing

and Exploited Children (NCMEC) issued CyberTipline Report 466960230,

which documented information received from Facebook concerning travel of

a suspect to the Philippines to engage in sexual activity with a child.  Based

on chat logs provided by Facebook, the reported user engaged in chats with

an apparent minor victim.  These chats indicated that the user "Joseph

FUCHS", an approximately 51-year old male, traveled to the Philippines in

or around February 2018 and engaged in sexual activity with the apparent

minor victim, who may have been 15 years old at the time.  The chats also

indicated that "Joseph FUCHS" intended to travel to the Philippines in or

around March 2019 to engage in sexual activity with the same apparent

minor victim.  Facebook identified two suspect accounts, in the name of

"Joseph FUCHS", which corresponded with the minor victim.  Facebook

provided the following information for the suspect accounts:

> i.  Username: Joseph FUCHS
>     UID: 693494830
>     Registration DOB: June 2, 1967
>     Age: 51
>     Gender: Male
>     User Alias: joseph.FUCHS.3
>     Associated E-Mail Address: whyguy3@yahoo.com
>     Associated Phone Number: +13097160050

    ii.  Username: Joseph FUCHS
         UID: 1591688587
         Registration DOB: January 2, 1967
         Age: 52
         Gender: Male
         User Alias: joseph.FUCHS.982
         Associated E-Mail Address: FUCHS3@juno.com
         Associated Phone Number: +13097160050

7.     Facebook provided similar information for the Facebook account

("Minor Victim 1 Facebook Account") associated with the apparent minor

victim ("Minor Victim 1"):[2]

    iii.  Username: [Withheld]
         UID: [Withheld]
         Registration DOB: March 8, 1996 (*March 8, 2003 previously
         listed)[3]
         Age: 22 [4]
         Gender: Female
         User Alias: [Withheld]
         Associated E-Mail Address: [Withheld] (Minor Victim 1 Gmail
         Address)
         Associated Phone Number: [Withheld] (Minor Victim 1
         Phone 2722)
         **IP address [Withheld] -- Quezon City, Metro Manila,
         Philippines on February 12, 14:28:59 PST

---

[2] The name and certain other identifying details of Minor Victim 1 are known to law enforcement but are redacted to protect Minor Victim 1's privacy.

[3] Statements made by Minor Victim 1 in Facebook communications with FUCHS suggest her birthdate is in March 2002, rather than March 2003.

[4] Statements made by Minor Victim 1 in Facebook communications with FUCHS suggest her birthdate is in March 2002, which would correspond to age 15 at the time of FUCHS initial contact with Minor Victim 1 and age 17 today.

8.    Facebook provided excerpts of conversations between FUCHS (UID 693494830) account and Minor Victim 1 Facebook Account. These messages occurred from on or about January 17, 2018 to on or about November 18, 2018.

9.    On or about February 9, 2018, FUCHS sent a message to Minor Victim 1 in which he asked, "okay, but does he know your 15?", to which she responded, "Yeah".  Later messages indicate that FUCHS traveled to the Philippines from February 14 to 23, 2018, during which time he engaged in sexual activity with Minor Victim 1.

10.    On March 21, 2019, US Magistrate Judge Mark Beatty, Southern District of Illinois, issued a search warrant to Facebook requesting records for the following accounts: Minor Victim 1 Facebook Account; Joseph FUCHS (UID 693494830); and Joseph FUCHS (UID 1591688587).

11.    Facebook provided the following IP history information for the suspect account Joseph FUCHS (UID 693494830):

a.    IP address 2600:6c42:6200:0936:5044:7e85:5c00:31ec -- Cahokia, Illinois, US on Wed, January 23, 2019, 11:37:44 PST.

b.    IP address 2600:6c42:6200:0936:c9df:eb4d:06d3:eefb -- Cahokia, Illinois, US on Sat, January 19, 2019, 15:56:44 PST

c.    IP address 2600:6c42:6200:0936:3066:7ed8:3865:47b0 --
Cahokia, Illinois, US on Thu, January 17, 2019, 16:29:02 PST

12.    Facebook provided the following IP history information for the
suspect account Joseph FUCHS (UID 1591688587):

a.    IP address 71.10.165.122 -- East Saint Louis, Illinois, US
on Sat, February 2, 2019, 17:20:57 PST

b.    IP address 71.10.165.122 -- East Saint Louis, Illinois, US
on Thu, January 31, 2019, 16:11:16 PST

c.    IP address 71.10.165.122 -- East Saint Louis, Illinois, US
on Mon, January 28, 2019, 16:37:05 PST

13.    SA Bowers determined that the IP addresses documented in
paragraphs 12 and 13 are registered to Charter Communications, St. Louis,
MO.

14.    In response to a DHS Summons, Charter Communications
provided subscriber and transaction information which showed that the IP
addresses on the requested dates and times were leased to: Joseph
FUCHS, 1699 Jerome Lane, Cahokia, IL; user name: jaf1811@charter.net;
phone number (309) 716-0050.

15.    SA Eric Bowers queried the Illinois Secretary of State database
and found that, as of March 15, 2019, Joseph Albert FUCHS III (DOB

06/02/1967) showed to have a valid Illinois Driver's License with a listed address at 1699 Jerome Lane, Cahokia, IL.  The license was issued on June 2, 2017.  Records also showed that a 2008 Jeep Carryall (Illinois registration H429762) and a 2000 Volkswagen 4-Door (Illinois registration 1528242) is registered to Joseph A. FUCHS III at 1699 Jerome Lane, Cahokia, IL.

16.    SA Bowers queried a law enforcement database for passport information relating to FUCHS (DOB 06/02/1967).  FUCHS shows to have a valid US Passport (485656555) that was issued on August 15, 2011. FUCHS listed his permanent address as 1699 Jerome Lane, Cahokia, IL. FUCHS listed his email address as "whyguy3@yahoo.com" and his phone number as "309-716-0050".  FUCHS listed his occupation as "U.S. Postal Service OIG".   Open source internet sources were found which also suggested that FUCHS is employed as a Special Agent for the U.S. Postal Service Office of Inspector General.

17.    On March 21, 2019, US Magistrate Judge Mark Beatty, Southern District of Illinois, issued a search warrant to Facebook requesting records for the following accounts: Minor Victim 1 Facebook Account (UID 100012135763874); Joseph FUCHS (UID 693494830); and Joseph FUCHS (UID 1591688587).

18.     A review of the Facebook records disclosed pursuant to the March 21, 2019 federal search warrant showed that communications between Joseph FUCHS (UID 693494830) and Minor Victim 1 Facebook Account began on or about November 2, 2017 and continued to on or about January 25, 2019. There were over 40,000 messages between them during that period.

19.     Their initial communications indicated that Minor Victim 1 and FUCHS met on one of FUCHS' prior trips to the Philippines :

| Timestamp | From | To | Message |
|---|---|---|---|
| 2017-11-02T00:07:52Z | Joseph FUCHS | Minor Victim 1 | Good morning to you. Do I know you? Have we met? What do I owe this lovely honor? |
| 2017-11-02T04:51:43Z | Minor Victim 1 | Joseph FUCHS | Ohh yeah we had been since u been in pizza hut. Remember? |
| 2017-11-02T04:53:56Z | Minor Victim 1 | Joseph FUCHS | So ur Joseph FUCHS right? I know u I dont know if u ever familiarize me? |
| 2017-11-02T11:08:03Z | Joseph FUCHS | Minor Victim 1 | Correct. I was at the Twin Hut at one time. Did I talk with you then? I forgot your name. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2017-11-02T18:47:38Z | Minor Victim 1 | Joseph FUCHS | Lol. Yes u talk to me. And i was thought u gonna buy or eat some pizza but then u just passing by. Anyway u did not know my name yet. Were just have some talks not knowing even the name first.lol |
| 2017-11-02T18:48:33Z | Joseph FUCHS | Minor Victim 1 | Well your aunt had told me your name I just forgot |

20.     At the outset of their communications, Minor Victim 1 told FUCHS

that she is 15 years old and that she will turn 16 years old on March 8, 2018.[5]

(Note: because of the extraction tool that was used to generate the Excel

spreadsheets contained in this affidavit, emojis and other symbols are

displayed as illegible characters).  FUCHS expressed a desire to engage in

sexual conduct with Minor Victim 1 following her 18th birthday.

| Timestamp | From | To | Message |
|---|---|---|---|
| 2017-11-24T03:59:06Z | Joseph FUCHS | Minor Victim 1 | I like your photos. I am going to guess you are 14. |
| 2017-11-24T04:00:22Z | Minor Victim 1 | Joseph FUCHS | Ate erlinda told u right |

---

[5] That is not consistent with the prior date of birth listed on Minor Victim 1 Facebook Account (March 8, 2003), which would have Minor Victim 1 turning 15 in March 2018 rather than 16.  Law enforcement has sought to corroborate Minor Victim 1's date of birth through records searches but has not yet been able to do so.

| Timestamp | From | To | Message |
|-----------|------|----|---------| 
| 2017-11-24T04:00:33Z | Joseph FUCHS | Minor Victim 1 | Yes, she did. |
| 2017-11-24T04:01:01Z | Minor Victim 1 | Joseph FUCHS | Ohhh see |
| 2017-11-24T04:01:04Z | Joseph FUCHS | Minor Victim 1 | We talked already. I am surprised that I am hearing from you. |
| 2017-11-24T04:01:24Z | Joseph FUCHS | Minor Victim 1 | I thought she would have talked to you. |
| 2017-11-24T04:01:28Z | Minor Victim 1 | Joseph FUCHS | Ohh and she said the reat |
| 2017-11-24T04:01:34Z | Minor Victim 1 | Joseph FUCHS | The rest |
| 2017-11-24T04:01:43Z | Joseph FUCHS | Minor Victim 1 | Yeppers. |
| 2017-11-24T04:03:27Z | Minor Victim 1 | Joseph FUCHS | Minor Victim 1: ó°€€ |
| 2017-11-24T04:03:57Z | Joseph FUCHS | Minor Victim 1 | You: ó°€€ |
| 2017-11-24T04:04:35Z | Joseph FUCHS | Minor Victim 1 | Well, you have 4 more years before we could date. you need to focus on school and family there. |
| 2017-11-24T04:05:39Z | Minor Victim 1 | Joseph FUCHS | Well ur wrong i will only 3years and 3 month.. |
| 2017-11-24T04:05:57Z | Joseph FUCHS | Minor Victim 1 | Oh okay then. |
| 2017-11-24T04:06:03Z | Joseph FUCHS | Minor Victim 1 | thats fine. |
| 2017-11-24T04:06:24Z | Joseph FUCHS | Minor Victim 1 | So when you are 18 we can date and I can come and visit then. |
| [......] | | | |
| 2017-12-02T13:25:45Z | Joseph FUCHS | Minor Victim 1 | If I am single when your 18, I wan to visit you. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2017-12-03T12:59:19Z | Joseph FUCHS | Minor Victim 1 | he he he 3 years, 3 months cannot come soon enough |
| [......] | | | |
| 2018-01-07T13:37:13Z | Joseph FUCHS | Minor Victim 1 | You are cute dear. |
| 2018-01-07T13:37:21Z | Joseph FUCHS | Minor Victim 1 | How old are you again? |
| 2018-01-07T13:37:25Z | Joseph FUCHS | Minor Victim 1 | I forgot. |
| 2018-01-07T13:37:33Z | Minor Victim 1 | Joseph FUCHS | Oh come on cant fool meðŸ˜,ðŸ˜, |
| 2018-01-07T13:38:10Z | Joseph FUCHS | Minor Victim 1 | 15 |
| 2018-01-07T13:38:20Z | Minor Victim 1 | Joseph FUCHS | U got iy |
| 2018-01-07T13:38:32Z | Joseph FUCHS | Minor Victim 1 | okies. |
| 2018-01-07T13:38:59Z | Minor Victim 1 | Joseph FUCHS | Okies, cookiesðŸ˜,ðŸ˜, |
| 2018-01-07T13:39:45Z | Joseph FUCHS | Minor Victim 1 | exactly. |
| 2018-01-07T13:40:02Z | Joseph FUCHS | Minor Victim 1 | Shoot when you turn 18 I've gotta cookie for ya ha ha. |
| 2018-01-07T13:40:05Z | Joseph FUCHS | Minor Victim 1 | ;) |
| 2018-01-07T13:40:06Z | Joseph FUCHS | Minor Victim 1 | :D |
| 2018-01-07T13:40:21Z | Minor Victim 1 | Joseph FUCHS | Hahaha I'll mark your word |
| 2018-01-07T13:40:42Z | Joseph FUCHS | Minor Victim 1 | Good.. Good. I'll be the first man to ever give you your orgasm. Hopefully many times. |

13

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-07T13:40:57Z | Joseph FUCHS | Minor Victim 1 | make you see stars. |
| [......] | | | |
| 2018-01-13T03:01:48Z | Minor Victim 1 | Joseph FUCHS | U.S.A is a nice place right? |
| 2018-01-13T03:02:07Z | Joseph FUCHS | Minor Victim 1 | Can be. yes. |
| 2018-01-13T03:02:58Z | Minor Victim 1 | Joseph FUCHS | What part of U.S.A? |
| 2018-01-13T03:03:17Z | Joseph FUCHS | Minor Victim 1 | St Louis, Missouri. |
| 2018-01-13T03:03:24Z | Joseph FUCHS | Minor Victim 1 | in what is called the Mid west. |
| 2018-01-13T03:03:31Z | Minor Victim 1 | Joseph FUCHS | Oh ok ok |
| 2018-01-13T03:03:43Z | Joseph FUCHS | Minor Victim 1 | Yes. |
| 2018-01-13T03:04:30Z | Minor Victim 1 | Joseph FUCHS | So what job r u working for?( sorry to ask that). |
| 2018-01-13T03:05:34Z | Joseph FUCHS | Minor Victim 1 | I'm a senior manager with the Postal Service. I do audit and inspection.[6] |
| 2018-01-13T03:05:59Z | Minor Victim 1 | Joseph FUCHS | Wow ok |
| 2018-01-13T03:06:25Z | Joseph FUCHS | Minor Victim 1 | yes. |
| [......] | | | |

---

[6] This further confirms FUCHS's suspected identity as a Special Agent for the U.S. Postal Service Office of Inspector General.

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:18:32Z | Joseph FUCHS | Minor Victim 1 | So lets say when you are close to or on your 18th birthday you wish to have sex with me. I will not be a disappoitment. I will show you how a man is supposed to make love to you. |
| 2018-01-16T12:19:47Z | Minor Victim 1 | Joseph FUCHS | If u wont even forget me then if you wont get married then, why not |
| 2018-01-16T12:20:22Z | Joseph FUCHS | Minor Victim 1 | well sure. |

21.    Minor Victim 1 told FUCHS that in December 2017, she met a man from Germany, spent a week with him in Tacloban, and had sex with him. FUCHS asked Minor Victim 1 to describe to him the details of her sexual encounter.

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:34:58Z | Joseph FUCHS | Minor Victim 1 | oh? |
| 2018-01-16T12:35:01Z | Minor Victim 1 | Joseph FUCHS | Hope u wont tell nor one , i trust u as a friend |
| 2018-01-16T12:35:06Z | Joseph FUCHS | Minor Victim 1 | no no. |
| 2018-01-16T12:35:11Z | Joseph FUCHS | Minor Victim 1 | So what happened? |
| 2018-01-16T12:35:35Z | Minor Victim 1 | Joseph FUCHS | Well u know already |
| 2018-01-16T12:35:46Z | Joseph FUCHS | Minor Victim 1 | so you had sex with him. |
| 2018-01-16T12:35:48Z | Joseph FUCHS | Minor Victim 1 | I see. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:36:19Z | Minor Victim 1 | Joseph FUCHS | Em gee its unbelievable right? |
| 2018-01-16T12:36:26Z | Joseph FUCHS | Minor Victim 1 | Yeah I guess. |
| 2018-01-16T12:36:29Z | Minor Victim 1 | Joseph FUCHS | Oh my god |
| 2018-01-16T12:36:39Z | Joseph FUCHS | Minor Victim 1 | Did you cum? did you enjoy? |
| 2018-01-16T12:36:51Z | Minor Victim 1 | Joseph FUCHS | Yeah i did |
| 2018-01-16T12:37:39Z | Minor Victim 1 | Joseph FUCHS | Em gee i never tell this with someone only u, so i repeat pls... dont tell |
| 2018-01-16T12:37:57Z | Joseph FUCHS | Minor Victim 1 | no worries. So you went alone to Tacloban City to have sex with a man. wow. |
| 2018-01-16T12:38:56Z | Minor Victim 1 | Joseph FUCHS | Well i knew him for almost a year then he decided to met me as i wanted too i go alone by my self i knew how to travel at all |
| 2018-01-16T12:39:18Z | Joseph FUCHS | Minor Victim 1 | Okay, cool. So what was your favoriate sexual position with him? |
| 2018-01-16T12:39:51Z | Minor Victim 1 | Joseph FUCHS | Oh my god, why r u asking that? |
| 2018-01-16T12:40:08Z | Joseph FUCHS | Minor Victim 1 | its imporant. I want to know how to make you cum and please you. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:41:50Z | Joseph FUCHS | Minor Victim 1 | All the Pinay who I have had sex with want to be on top. They cum much and enjoy. |
| 2018-01-16T12:42:29Z | Minor Victim 1 | Joseph FUCHS | Mine was i want a man to be top on me |
| 2018-01-16T12:42:40Z | Joseph FUCHS | Minor Victim 1 | oh? |
| 2018-01-16T12:42:49Z | Joseph FUCHS | Minor Victim 1 | did you cum a lot? |
| 2018-01-16T12:42:53Z | Minor Victim 1 | Joseph FUCHS | Aha |
| 2018-01-16T12:43:17Z | Joseph FUCHS | Minor Victim 1 | so that position made you cum a lot. A man on top of you. |
| 2018-01-16T12:43:32Z | Minor Victim 1 | Joseph FUCHS | Yup |
| 2018-01-16T12:43:48Z | Joseph FUCHS | Minor Victim 1 | did you try other positions to make you cum? |
| 2018-01-16T12:44:03Z | Minor Victim 1 | Joseph FUCHS | Yeah |
| 2018-01-16T12:44:25Z | Joseph FUCHS | Minor Victim 1 | which ones then. |
| 2018-01-16T12:46:28Z | Minor Victim 1 | Joseph FUCHS | The missionary pro |
| 2018-01-16T12:46:39Z | Joseph FUCHS | Minor Victim 1 | Okay. So you did not try on top. |
| 2018-01-16T12:46:46Z | Joseph FUCHS | Minor Victim 1 | Riding his cock and enjoying. |
| 2018-01-16T12:46:51Z | Joseph FUCHS | Minor Victim 1 | only missionary. |

| Timestamp | From | To | Message |
|-----------|------|-----|---------|
| 2018-01-16T12:47:27Z | Minor Victim 1 | Joseph FUCHS | Well we tried other position |
| 2018-01-16T12:47:39Z | Joseph FUCHS | Minor Victim 1 | and? |
| 2018-01-16T12:48:26Z | Minor Victim 1 | Joseph FUCHS | It was legs around his neck |
| 2018-01-16T12:48:47Z | Joseph FUCHS | Minor Victim 1 | oh wow. cool. did he lick your pussy and make you cum then? |
| 2018-01-16T12:49:12Z | Minor Victim 1 | Joseph FUCHS | Oh my god, what do u think |
| 2018-01-16T12:49:28Z | Joseph FUCHS | Minor Victim 1 | I think so. |
| 2018-01-16T12:49:32Z | Joseph FUCHS | Minor Victim 1 | Yes? |
| 2018-01-16T12:49:36Z | Minor Victim 1 | Joseph FUCHS | Ok then |
| 2018-01-16T12:49:38Z | Joseph FUCHS | Minor Victim 1 | Don't be shy dear. |
| 2018-01-16T12:49:42Z | Joseph FUCHS | Minor Victim 1 | did he? |
| 2018-01-16T12:49:49Z | Minor Victim 1 | Joseph FUCHS | Yes |
| 2018-01-16T12:49:57Z | Joseph FUCHS | Minor Victim 1 | outstanding. Great to hear. |

22.    As this communication continued, Minor Victim 1 stated again that she would be turning 16 years old in March 2018.  FUCHS repeatedly asked Minor Victim 1 if she would have sex with him if he visited her in Tacloban City.  FUCHS said that he would like to visit Minor Victim 1 in the Philippines in February or March 2018.

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:52:44Z | Minor Victim 1 | Joseph FUCHS | Yeah |
| 2018-01-16T12:52:50Z | Minor Victim 1 | Joseph FUCHS | Maybe on my birthday |
| 2018-01-16T12:52:50Z | Joseph FUCHS | Minor Victim 1 | Good. Good. |
| 2018-01-16T12:53:03Z | Joseph FUCHS | Minor Victim 1 | when is your birthday then? |
| 2018-01-16T12:53:13Z | Minor Victim 1 | Joseph FUCHS | On march 8 |
| 2018-01-16T12:53:21Z | Joseph FUCHS | Minor Victim 1 | I see. so you'll be 16 then. |
| 2018-01-16T12:53:31Z | Minor Victim 1 | Joseph FUCHS | [thumbs up emoji] |
| 2018-01-16T12:53:35Z | Joseph FUCHS | Minor Victim 1 | wow. Okay. |
| 2018-01-16T12:53:43Z | Minor Victim 1 | Joseph FUCHS | Yup |
| 2018-01-16T12:53:45Z | Joseph FUCHS | Minor Victim 1 | how long did you spend time with him then? |
| 2018-01-16T12:53:51Z | Minor Victim 1 | Joseph FUCHS | One week |
| 2018-01-16T12:53:57Z | Joseph FUCHS | Minor Victim 1 | Nice. |
| 2018-01-16T12:54:03Z | Joseph FUCHS | Minor Victim 1 | and you got fucked well, cum many times. |
| 2018-01-16T12:54:12Z | Minor Victim 1 | Joseph FUCHS | Yes |
| 2018-01-16T12:54:16Z | Joseph FUCHS | Minor Victim 1 | Good. Great. |
| 2018-01-16T12:54:33Z | Minor Victim 1 | Joseph FUCHS | Yes nice the feelings gosh!! |
| 2018-01-16T12:54:40Z | Joseph FUCHS | Minor Victim 1 | Yes it is. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:55Z | Minor Victim 1 | Joseph FUCHS | Yeah i know |
| 2018-01-16T12:55:32Z | Joseph FUCHS | Minor Victim 1 | Well shoot, are you willing to give me this gift as well? If I come to Tacloban City and we spend a week together? |
| 2018-01-16T12:55:50Z | Minor Victim 1 | Joseph FUCHS | Hahha why u want? |
| 2018-01-16T12:56:11Z | Joseph FUCHS | Minor Victim 1 | Well why do you think? |
| 2018-01-16T12:56:23Z | Joseph FUCHS | Minor Victim 1 | I want to enjoy this with you. |
| 2018-01-16T12:56:28Z | Minor Victim 1 | Joseph FUCHS | I dont know if u like then |
| 2018-01-16T12:56:51Z | Joseph FUCHS | Minor Victim 1 | Trust me. If you can cum much, and I can please you well, yes I will like very much. |
| 2018-01-16T12:56:57Z | Minor Victim 1 | Joseph FUCHS | U know he is the first man I've been sex with |
| 2018-01-16T12:57:18Z | Joseph FUCHS | Minor Victim 1 | Congrats. thats awesome. and a great experience for you. |
| 2018-01-16T12:57:33Z | Minor Victim 1 | Joseph FUCHS | Yeah it was soooo great |
| 2018-01-16T12:57:44Z | Joseph FUCHS | Minor Victim 1 | Perfect. Thats the way it shuld be actuallly. |
| 2018-01-16T12:57:53Z | Minor Victim 1 | Joseph FUCHS | I can't imagine how greatful it was |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T12:58:09Z | Joseph FUCHS | Minor Victim 1 | Its rare a girl gets a great experience like that. |
| [......] | | | |
| 2018-01-16T12:59:19Z | Joseph FUCHS | Minor Victim 1 | Would you give that to me as well? |
| 2018-01-16T12:59:34Z | Minor Victim 1 | Joseph FUCHS | Wow u sure with that? |
| 2018-01-16T12:59:57Z | Joseph FUCHS | Minor Victim 1 | I am now. I did not realize you were this adventous or exciting. |
| 2018-01-16T13:00:40Z | Minor Victim 1 | Joseph FUCHS | Yeppers |
| 2018-01-16T13:01:05Z | Joseph FUCHS | Minor Victim 1 | we can plan on this soon then. |
| 2018-01-16T13:01:11Z | Joseph FUCHS | Minor Victim 1 | if you wish. |
| 2018-01-16T13:01:27Z | Minor Victim 1 | Joseph FUCHS | Why not? |
| 2018-01-16T13:01:39Z | Joseph FUCHS | Minor Victim 1 | Agreed. |
| 2018-01-16T13:01:51Z | Minor Victim 1 | Joseph FUCHS | Deal! |
| 2018-01-16T13:02:42Z | Joseph FUCHS | Minor Victim 1 | how do you manage school if I come in late Febuary. |
| 2018-01-16T13:02:50Z | Joseph FUCHS | Minor Victim 1 | or sometime in march. |
| 2018-01-16T13:02:59Z | Minor Victim 1 | Joseph FUCHS | Well its easy dont worry i can handle |
| 2018-01-16T13:04:05Z | Joseph FUCHS | Minor Victim 1 | alrighty. |
| | | | |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T14:15:53Z | Joseph FUCHS | Minor Victim 1 | Trust me when I say there are women who go throughout their lives and never knowing what you experienced |
| 2018-01-16T14:17:23Z | Minor Victim 1 | Joseph FUCHS | Right |
| 2018-01-16T14:19:44Z | Joseph FUCHS | Minor Victim 1 | So it was a win win, you gave a 48-year-old man 15-year-old pussy and youin return got to experience something really wonderful. |
| 2018-01-16T14:20:23Z | Minor Victim 1 | Joseph FUCHS | Damn right |
| 2018-01-16T14:20:35Z | Joseph FUCHS | Minor Victim 1 | Awesome |
| 2018-01-16T14:20:40Z | Joseph FUCHS | Minor Victim 1 | That's the spirit |
| 2018-01-16T14:20:45Z | Minor Victim 1 | Joseph FUCHS | Yeppers |
| 2018-01-16T14:21:06Z | Joseph FUCHS | Minor Victim 1 | That's why I said you gave him a gift and a very rare one at that |
| [......] | | | |
| 2018-01-16T14:26:11Z | Joseph FUCHS | Minor Victim 1 | I would like to shoot for Middlemarch |
| 2018-01-16T14:26:15Z | Joseph FUCHS | Minor Victim 1 | Middle of February |
| 2018-01-16T14:26:30Z | Minor Victim 1 | Joseph FUCHS | Aha I'll Mark your word |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T14:27:08Z | Joseph FUCHS | Minor Victim 1 | Well if you're willing to give me a gift, then I'm willing to come running and make that pussy sing |
| 2018-01-16T14:27:42Z | Minor Victim 1 | Joseph FUCHS | Wow |
| 2018-01-16T14:27:58Z | Joseph FUCHS | Minor Victim 1 | Wow indeed |
| 2018-01-16T14:29:14Z | Minor Victim 1 | Joseph FUCHS | Ok would u make love with me |
| 2018-01-16T14:29:36Z | Joseph FUCHS | Minor Victim 1 | Sure |
| 2018-01-16T14:29:46Z | Minor Victim 1 | Joseph FUCHS | Mmmmm |
| 2018-01-16T14:30Z | Joseph FUCHS | Minor Victim 1 | I can do nice and soft and slow and gentle, touch you everywhere, |
| 2018-01-16T14:30:10Z | Minor Victim 1 | Joseph FUCHS | Good |
| 2018-01-16T14:30:19Z | Minor Victim 1 | Joseph FUCHS | U sure u won't hurt me |
| 2018-01-16T14:30:21Z | Joseph FUCHS | Minor Victim 1 | I'm sure you're absolutely yummy so I would want to lick you from head to toe |
| 2018-01-16T14:30:34Z | Minor Victim 1 | Joseph FUCHS | Mmmmm |
| 2018-01-16T14:30:43Z | Joseph FUCHS | Minor Victim 1 | The only thing I can think of is that if you're not used to my big cock at my make you sore |
| 2018-01-16T14:30:59Z | Minor Victim 1 | Joseph FUCHS | Well let see |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-01-16T14:32:14Z | Minor Victim 1 | Joseph FUCHS | My pussy real tight so i think in the first place it will be hurt a bit but if the dick goes in then it ease the pain then i can feel real good |
| 2018-01-16T14:32:41Z | Joseph FUCHS | Minor Victim 1 | Sure. Well Pinay pâ ,â ,â ,y is the tightest in the world so Iâ€™m anticipating yours being the same |
| [......] | | | |

23.    Over the next few weeks in late January and early February 2018, FUCHS and Minor Victim 1 continued to engage in sexually explicit conversations.  FUCHS stated that he would travel from the U.S. to the Philippines from February 14 to 23, staying at the Asia Start Hotel in Tacloban City.  He and Minor Victim 1 discussed in detail how they would get Minor Victim 1 up to FUCHS' hotel room without arousing suspicion of the hotel staff due to Minor Victim 1 age.

24.    During the course of their communications, FUCHS and Minor Victim 1 sent each other several "selfie" pictures.  I observed the pictures sent by FUCHS and visually compared them with FUCHS' passport photo and his driver's license photo and concluded that the pictures showed the same individual.  Minor Victim 1 also sent FUCHS several "selfie" pictures;

based on my training and experience, those pictures do not constitute child pornography.

25.    Travel records for Joseph FUCHS (DOB 06/02/1967, US Passport 485656555) show that FUCHS traveled to the Philippines from February 14 to 23, 2018, and that FUCHS had traveled to the Philippines on over 5 previous occasions.  Records show that FUCHS's most recent trip to the Philippines was from April 8 to 16, 2019.

26.    There are no Facebook communications between FUCHS and Minor Victim 1 from February 14 to 23, 2018.  If FUCHS and Minor Victim 1 were together in the Philippines during this time, there would be no need for them to communicate via Facebook.

27.    During FUCHS' trip to the Philippines, FUCHS's Facebook messages indicate that he was in possession of a computer, tablet, mobile device, or other internet-capable digital device during his travel.

| Timestamp | From | To | Message |
| --- | --- | --- | --- |
| 2018-02-15T00:41:25Z[7] | Joseph Fuchs | Minor Victim 1 | I may lose Internet signal because I'm going to a lower floor to check in to get on the flight |

---

[7] While this message is dated February 15, 2018, (after FUCHS's travel to Philippines began), law enforcement understands it to have been sent before FUCHS's arrival in the Philippines based on the context provided by the messages (i.e., referencing FUCHS's planning to check into a flight).

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-02-15T00:41:27Z | Joseph Fuchs | Minor Victim 1 | You sent a sticker. |
| 2018-02-15T00:42:16Z | Minor Victim 1 | Joseph Fuchs | Okay dear |
| 2018-02-15T00:42:34Z | Joseph Fuchs | Minor Victim 1 | Least battery is at 90 percent |
| 2018-02-15T00:42:47Z | Minor Victim 1 | Joseph Fuchs | Okay well good |

28. Photographs produced by Facebook in response to the search warrants corroborate that FUCHS traveled to the Philippines as well. A photo sent or posted by the Minor Victim 1 Facebook Account depicts a man from behind with a sign identifying "PCSO" with a logo in the background. Open source searches indicate "PSCO" with the identified logo is "Philippine Charity Sweepstakes Office." The photo is displayed below:



29.    Another photo sent or posted by the Minor Victim 1 Facebook Account appears to depict the same man based on similarities including clothing and hair style.  Based on a comparison to a photo associated with FUCHS's driver's license, reproduced above, law enforcement believes the man depicted is FUCHS. In this photo, FUCHS is holding what appears to be a cellular phone. Both the photo from Minor Victim 1's Facebook Account (left) and FUCHS's driver's license photo (right) are displayed below:

 

Name: JOSEPH ALBERT FUCHS III
Street: 1699 JEROME LN
City: CAHOKIA
Zip: 62206
Date Of Birth: 06/02/1967
Gender: MALE

30.    Another image sent or posted by the Minor Victim 1 Facebook Account depicts two photos side by side. This is a single image that is a collage made up of two separate pictures: one depicting a man, believed by law enforcement to be FUCHS, and the other, a female, who law enforcement believes to be Minor Victim 1 based on a comparison to other

photos from the Minor Victim 1 Facebook Account.  The photo depicting FUCHS again includes FUCHS holding what appears to be a cellular phone. Based on the fact that this side-by-side photo array was sent by Minor Victim 1 Facebook Account, law enforcement believes that this photo depicts FUCHS possession a cellular phone in the Philippines. The single image collage made of two photos is displayed below:



31.    Another image sent or posted by the Minor Victim 1 Facebook Account depicts a clothed female and clothed male.  Based on a comparison to FUCHS's driver's license, law enforcement believes that the depicted male is FUCHS.  Based on a comparison to other photos from the Minor

Victim 1 Facebook Account, law enforcement believes that the depicted female is Minor Victim 1. Based on the fact that the photo depicts Minor Victim 1 and FUCHS in the same location, law enforcement believes that this photo depicts FUCHS in the Philippines. The image is displayed below:



32.     Messages exchanged by FUCH's and Minor Victim 1's Facebook account on and after February 23, 2018, indicate that FUCH's engaged in

29

illicit sexual conduct with Minor Victim 1 during his February 2018 trip to the Philippines.   His messages emphasized the excitement he derived from knowing that Minor Victim 1 was 16: "Next time you'll be saying 'Daddy loves my sweet 16 year old pussy'."

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-02-23T09:20:07Z | Joseph FUCHS | Minor Victim 1 | The last time we had sex was very giving of you. It was awesome what you did for me |
| 2018-02-23T09:20:34Z | Minor Victim 1 | Joseph FUCHS | Oh really wow nice to heard that |
| [......] | | | |
| 2018-02-24T12:20:08Z | Joseph FUCHS | Minor Victim 1 | I miss making you cum dear. |
| 2018-02-24T12:20:37Z | Minor Victim 1 | Joseph FUCHS | I miss touching your cock and make it real hard |
| 2018-02-24T12:20:46Z | Joseph FUCHS | Minor Victim 1 | you did this oh so so well. |
| 2018-02-24T12:20:56Z | Joseph FUCHS | Minor Victim 1 | you knew how to prepare my cock to cum well. |
| 2018-02-24T12:21:45Z | Minor Victim 1 | Joseph FUCHS | Aha yup |
| 2018-02-24T12:22:21Z | Joseph FUCHS | Minor Victim 1 | Perfect. |
| [......] | | | |
| 2018-02-25T03:43:20Z | Joseph FUCHS | Minor Victim 1 | Loved watching my big cock going into your pussy. |
| 2018-02-25T03:43:42Z | Minor Victim 1 | Joseph FUCHS | Yeah same here |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-02-25T03:44:26Z | Joseph FUCHS | Minor Victim 1 | good, good. |
| 2018-02-25T03:44:38Z | Joseph FUCHS | Minor Victim 1 | I like for you to watch that. |
| 2018-02-25T03:45:52Z | Minor Victim 1 | Joseph FUCHS | ðŸ˜ |
| 2018-02-25T03:46Z | Joseph FUCHS | Minor Victim 1 | ðŸ˜ |
| 2018-02-25T03:46:47Z | Joseph FUCHS | Minor Victim 1 | Next time I want you to vocalize to Daddy about what you see happens. |
| 2018-02-25T03:46:58Z | Minor Victim 1 | Joseph FUCHS | Ok sure |
| 2018-02-25T03:47:14Z | Joseph FUCHS | Minor Victim 1 | you did well saying stuff to me. I'm impressed. |
| 2018-02-25T03:48:36Z | Minor Victim 1 | Joseph FUCHS | Oh nice to hear that |
| 2018-02-25T03:48:58Z | Joseph FUCHS | Minor Victim 1 | yesss. cannot wait to hear it again. |
| 2018-02-25T03:50:14Z | Minor Victim 1 | Joseph FUCHS | Oh sweet |
| 2018-02-25T03:50:47Z | Joseph FUCHS | Minor Victim 1 | Next time you'll be saying "Daddy loves my sweet 16 year old pussy". |
| 2018-02-25T03:51:11Z | Minor Victim 1 | Joseph FUCHS | Yeah sure.. |
| 2018-02-25T03:51:14Z | Joseph FUCHS | Minor Victim 1 | Good. |
| [ . . . . . . ] | | | |

33.    During the course of their communications, FUCHS asked Minor

Victim 1 if she "was able to receive money" and stated he would pay her

31

money as an allowance so she would not need to work during high school.

FUCHS mentioned that he would follow through with this plan despite the

displeasure of "Yoshi," who appears to have been FUCHS's girlfriend based

on context provided by the messages.

| Timestamp | From | To | Message |
|-----------|------|-----|---------|
| 2018-07-04T12:09:19Z | Joseph FUCHS | Minor Victim 1 | Well I also remember my promise. I woudl continue providing for your school, regardless. Until you graduate. |
| 2018-07-04T12:09:50Z | Joseph FUCHS | Minor Victim 1 | and i want at least one person in your world to be a person of their word. |
| 2018-07-04T12:10:57Z | Minor Victim 1 | Joseph FUCHS | graduate of highschool? |
| 2018-07-04T12:10:57Z | Minor Victim 1 | Joseph FUCHS | yeaaaaahðŸ™, |
| 2018-07-04T12:11:11Z | Joseph FUCHS | Minor Victim 1 | YOu have this year. Then next year. |
| 2018-07-04T12:11:50Z | Joseph FUCHS | Minor Victim 1 | So that way you do not have to work or find a "boss". |
| 2018-07-04T12:11:55Z | Joseph FUCHS | Minor Victim 1 | during school. |
| 2018-07-04T12:12:09Z | Minor Victim 1 | Joseph FUCHS | ooookay.thanks |
| [……] | | | |

| Timestamp | From | To | Message |
|-----------|------|-----|---------|
| 2018-11-04T02:40:41Z | Joseph FUCHS | Minor Victim 1 | Good morning there Is Lyn. So this morning I had an argument with Yoshi concerning you. Apparently someone told her about you |
| 2018-11-04T02:41:14Z | Joseph FUCHS | Minor Victim 1 | Either you, or someone on your behalf did this. |
| 2018-11-04T02:42:19Z | Joseph FUCHS | Minor Victim 1 | So anyways I am not mad. |
| 2018-11-04T03:29:08Z | Minor Victim 1 | Joseph FUCHS | What, FYI I don't know what are you talking about |
| 2018-11-04T03:30:57Z | Minor Victim 1 | Joseph FUCHS | I don't understand at all I never talk to your girlfriend and infact who is someone can told her about me |
| [......] | | | |
| 2018-11-04T03:55:53Z | Joseph FUCHS | Minor Victim 1 | Well babe it happened. |
| 2018-11-04T03:55:54Z | Joseph FUCHS | Minor Victim 1 | Well it's out in the open and I'm fine with it. |
| 2018-11-04T03:56:13Z | Joseph FUCHS | Minor Victim 1 | Only thing she was really mad about was me giving you money |
| 2018-11-04T03:56:16Z | Minor Victim 1 | Joseph FUCHS | Well how did it hAppen |
| 2018-11-04T03:56:30Z | Minor Victim 1 | Joseph FUCHS | And who open it up ? |
| 2018-11-04T03:56:30Z | Joseph FUCHS | Minor Victim 1 | I have no idea. She would not tell me who told her. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-11-04T03:56:57Z | Minor Victim 1 | Joseph FUCHS | Oh fuck. I don't know how she knew it , |
| 2018-11-04T03:58:08Z | Joseph FUCHS | Minor Victim 1 | Well who else would see our conversation |
| 2018-11-04T03:58:18Z | Minor Victim 1 | Joseph FUCHS | Minor Victim 1: ó°€€ |
| 2018-11-04T03:58:51Z | Minor Victim 1 | Joseph FUCHS | Did she touch your phone |
| 2018-11-04T04:00:16Z | Joseph FUCHS | Minor Victim 1 | Nope |
| 2018-11-04T04:00:22Z | Joseph FUCHS | Minor Victim 1 | I have passwords |
| 2018-11-04T04:01:07Z | Minor Victim 1 | Joseph FUCHS | Well if you say so, then she should not know it |
| 2018-11-04T04:01:51Z | Joseph FUCHS | Minor Victim 1 | Well she told me you tried friending her and or posted a comment about friending her on her YouTube. |
| 2018-11-04T04:02:04Z | Joseph FUCHS | Minor Victim 1 | And she showed me your comment on you tube |
| 2018-11-04T04:02:30Z | Minor Victim 1 | Joseph FUCHS | Ahhh okay |
| 2018-11-04T04:02:35Z | Minor Victim 1 | Joseph FUCHS | Yes i did |
| 2018-11-04T04:03:39Z | Joseph FUCHS | Minor Victim 1 | Alright. |
| 2018-11-04T04:04:15Z | Joseph FUCHS | Minor Victim 1 | So I told her your getting your allowance through remainder of high school. |

| Timestamp | From | To | Message |
|---|---|---|---|
| 2018-11-04T04:04:21Z | Joseph FUCHS | Minor Victim 1 | Like I promised |
| 2018-11-04T04:04:33Z | Minor Victim 1 | Joseph FUCHS | So what did she said? |
| 2018-11-04T04:04:52Z | Joseph FUCHS | Minor Victim 1 | She cried and that was about it. |
| 2018-11-04T04:06:05Z | Minor Victim 1 | Joseph FUCHS | Well I'm sorry, I guess I should not interfere you and her becoz I cause her |
| 2018-11-04T04:06:18Z | Joseph FUCHS | Minor Victim 1 | Don't be sorry. |
| 2018-11-04T04:06:26Z | Joseph FUCHS | Minor Victim 1 | This is all on me. |
| 2018-11-04T04:06:33Z | Joseph FUCHS | Minor Victim 1 | So no worries |
| 2018-11-04T04:06:47Z | Minor Victim 1 | Joseph FUCHS | Okay if you m |
| 2018-11-04T04:07:40Z | Joseph FUCHS | Minor Victim 1 | I knew or was aware you tried to talk with her. So I knew it was going to happen anyways. |
| 2018-11-04T04:09:06Z | Minor Victim 1 | Joseph FUCHS | Alright. I don't mean to ruin you and her thats not my intention |
| 2018-11-04T04:09:52Z | Joseph FUCHS | Minor Victim 1 | Dear no worries |

34.   Based on records obtained from Paypal, the following transfers were sent by Joseph FUCHS (1699 Jerome Lane, Cahokia, IL, Phone 309-716-0050, Email – whyguy3@yahoo.com) to Minor Victim 1 (Larrazabal,

Naval, Biliran, PH, Phone Minor Victim 1 Phone 4246[8], Email – Minor Victim

1 Gmail Address). The most recent payment was made on or about April 16,

2019.

| Tracking # | Date/Time created (PT) | Amount (USD) |
|---|---|---|
| X061837907111208 | 2/5/2018 5:17 | $20.25 |
| X061834092194250 | 2/8/2018 18:46 | $20.18 |
| X061865526855546 | 2/11/2018 4:43 | $20.18 |
| X061897890877400 | 3/3/2018 16:58 | $40.09 |
| X061833718820202 | 3/7/2018 15:22 | $79.28 |
| X061841319958412 | 5/21/2018 6:08 | $49.57 |
| X061822548916652 | 6/1/2018 5:10 | $97.75 |
| X061833987196495 | 6/6/2018 15:29 | $19.84 |
| X061835293505468 | 6/16/2018 5:24 | $29.25 |
| X061888437813965 | 6/25/2018 18:22 | $10.11 |
| X061886300318996 | 7/1/2018 8:53 | $31.07 |
| X061810113443680 | 7/6/2018 5:00 | $10.10 |
| X061803562735391 | 7/10/2018 18:51 | $13.60 |
| X061818330981899 | 7/18/2018 6:05 | $10.00 |
| X061877130600454 | 9/4/2018 17:42 | $31.05 |
| X061875656359370 | 9/25/2018 18:55 | $12.82 |
| X061861526816576 | 9/30/2018 16:54 | $49.88 |
| X061861106530802 | 10/30/2018 17:26 | $30.98 |
| X061861525996796 | 11/7/2018 5:54 | $29.37 |
| X790976713 | 11/16/2018 14:02 | $68.26 |
| X730539441 | 12/1/2018 6:06 | $31.72 |
| X719665620 | 12/24/2018 5:48 | $10.16 |
| X795696501 | 12/28/2018 17:16 | $60.69 |
| X725498652 | 1/31/2019 17:26 | $31.86 |
| X714558529 | 2/26/2019 19:22 | $78.12 |
| X720721537 | 4/16/2019 22:52 | $10.03 |
| TOTAL |  | $896.21 |

---

[8] This phone number differs from the phone number associated with Minor Victim 1 Facebook Account.

35.     Based on Facebook messages between their two accounts, in February 2019, FUCHS discussed planning a trip to the Philippines to see Minor Victim 1, possibly in March 2019.  FUCHS expressed his desire to again engage in illicit sexual activity with Minor Victim 1.  Records in a law enforcement database showed that FUCHS traveled to the Philippines from April 8, 2019 to April 16, 2019.

36.     Records provided by AT&T showed that, as of July 8, 2019, phone number (309) 716-0050—the phone number associated with both of FUCHS's Facebook accounts described above—was assigned to Joseph FUCHS at his previously identified address of 1699 Jerome Lane, Cahokia, Illinois.  The email address associated with the subscriber to the 0050 phone is whyguy3@yahoo.com, the same email associated with one of the Facebook accounts used by FUCHS to message Minor Victim 1.  Records showed that the mobile device assigned to phone number (309) 716-0050, from at least October 1, 2017, to July 8, 2019, is listed as a Google Inc. G-2PW4100 (IMEI 35268908086006).

37.     Records provided by Charter Communications showed that, as of July 1, 2019, internet service in the name of Joseph FUCHS is currently active at his identified home address.  FUCHS' phone number is listed as 309-716-0050, and his email address is listed as whyguy3@yahoo.com.

## ATTEMPTED TRAVEL TO THE PHILIPPINES

38.    At the request of law enforcement, a "silent" travel alert was set

to alert to any upcoming trips by FUCHS. An alert was received indicating

that FUCHS has booked travel to the Philippines.  Specifically, FUCHS was

ticketed to travel from O'Hare International Airport in Chicago, on July 17,

2019, at 19:30, via Alaska Airlines Flight 1245, to Los Angeles, California,

with a final destination in Taipei, Taiwan.  FUCHS was ticketed for a flight

from Taipei, Taiwan, on July 19, 2019, via Eva Airways Flight 271, with a

final destination in Manila, The Philippines. FUCHS booked a return flight

on July 31, 2019, departing from Manila, The Philippines, traveling through

Taipei, Taiwan, and landing at O'Hare in Chicago, Illinois, at 21:10.

39.    On July 17, 2019, at 3:20 pm, US Magistrate Judge Susan Cox

(Northern District of Illinois) issued search warrants for the person of

Joseph FUCHS, the personal belongings of Joseph FUCHS, and the

cellular telephone with IMEI 35268908086006.

40.    On July 17, 2019, at approximately 6:15 pm, HSI Special

Agents observed Joseph FUCHS approach the Air Alaska Airlines check-in

counter.  FUCHS was carrying a black backpack and a black suitcase.  The

airline employee was observed accepting FUCHS' black suitcase as

checked baggage.  FUCHS' retrieved his boarding documents and walked away from the counter, still carrying his backpack.

41.   SA Bowers approached FUCHS and identified himself by showing his credentials.  SA Bowers explained that agents would like to speak privately with FUCHS and he asked if FUCHS would accompany him to a nearby conference room, to which FUCHS agreed. SA Bowers asked if FUCHS would give SA Bowers his cellphone.  FUCHS complied with the request.  FUCHS identified the phone number for the device which he handed to SA Bowers as (309) 716-0050.

42.   In the conference room, SA Bowers conducted an audio recorded interview with FUCHS.  SA Bowers read aloud to FUCHS a Statement of Rights form, which FUCHS also read.  FUCHS signed the form and agreed to speak with agents.  Over the course of the interview FUCHS admitted having a sexual relationship with Minor Victim 1.  He admitted corresponding with Minor Victim 1 through Facebook.  He admitted traveling to the Philippines in February 2018 and engaging in sexual activity with Minor Victim 1, whom he believed to be 15 years old at the time.  FUCHS maintained that he hadn't committed a crime in the United States because the activity with Minor Victim 1 occurred in the Philippines.  FUCHS stated that he was not going to visit Minor Victim 1 on

this trip.  Based on the search warrant for FUCHS' personal belongings,

FUCHS' suitcase was retrieved from the Alaska Airlines counter.  A search

of FUCHS' suitcase revealed clothing, sex toys, a camera tripod and other

assorted personal items.

43.     FUCHS' backpack was searched, pursuant to the search

warrant.  A US Passport for Joseph Albert FUCHS (#485656555) was

located, along with SUBJECT DEVICES 1 through 6.  These items were

detained and are currently in evidence storage at HSI RAC Springfield, IL.

## CONCLUSION

44.     Based on the above information, there is probable cause to

believe that violations of 18 U.S.C. § 2423, travel with intent to engage in

illicit sexual conduct have occurred, and that the property, evidence, fruits

and instrumentalities of these offenses, more fully described in Attachment

B of this Affidavit, are located in the SUBJECT DEVICES 1-6, which are

more fully described in Attachments A-1 through A-6 of this Affidavit.  This

Affiant requests authority to seize and search such material.

45.     Based upon the foregoing, this Affiant respectfully requests that

this Court issue a search warrant for the SUBJECT DEVICES 1-6,

authorizing the search for and seizure of the items described in Attachment

B.

THERE ARE NO FURTHER STATEMENTS

s/ Eric V. Bowers

Eric V. Bowers
Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn
before me this ___15___th day of August, 2019

s/ Tom Schanzle-Haskins

Honorable Tom Schanzle-Haskins
United States Magistrate Judge
Central District of Illinois

## ATTACHMENT A-1
## DESCRIPTION OF LOCATION TO BE SEARCHED –
## SUBJECT DEVICE 1

This affidavit is made in support of an application for a warrant to

search a Google Nexus 5 cellular telephone with International Mobile

Equipment Identity (IMEI) 353626072700417, described further in A-1

("Subject Device 1"), for evidence, instrumentalities, and contraband

described further in Attachment B.



## ATTACHMENT A-2
## DESCRIPTION OF LOCATION TO BE SEARCHED –
## SUBJECT DEVICE 2

This affidavit is made in support of an application for a warrant to

search an Acer Chromebook with serial number

NXGC2AA005638011F27200, described further in A-2 ("Subject Device 2")

for evidence, instrumentalities, and contraband described further in

Attachment B.



## ATTACHMENT A-3
## DESCRIPTION OF LOCATION TO BE SEARCHED –
## SUBJECT DEVICE 3

This affidavit is made in support of an application for a warrant to search a Canon video camera with serial number142294009303, described further in A-3 ("Subject Device 3") for evidence, instrumentalities, and contraband described further in Attachment B, concerning violations of the Subject Offenses.



## ATTACHMENT A-4
## DESCRIPTION OF LOCATION TO BE SEARCHED –
## SUBJECT DEVICE

This affidavit is made in support of an application for a warrant to search SanDisk 128GB SD card, described further in A-4 ("Subject Device 4") for evidence, instrumentalities, and contraband described further in Attachment B.



## ATTACHMENT A-5
## DESCRIPTION OF LOCATION TO BE SEARCHED –
## SUBJECT DEVICE 5

This affidavit is made in support of an application for a warrant to search a Kingston 2GB micro SD card, described further in A-5 ("Subject Device 5") for evidence, instrumentalities, and contraband described further in Attachment B.



### ATTACHMENT A-6
## DESCRIPTION OF LOCATION TO BE SEARCHED
## SUBJECT DEVICE 6

This affidavit is made in support of an application for a warrant to

search a Smart Clock surveillance device with serial number

97ELDALB1ASDZMYZ111A, described further in A-6 ("Subject Device 6")

for evidence, instrumentalities, and contraband described further in

Attachment B.



## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED

1.      Evidence, instrumentalities, and contraband concerning violation of Title 18, United States Code, Section 2423(b) and 2423(c), the **Subject Offenses**, as follows:

2.      Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes, video recording devices, video recording players, and/or monitors. The following definitions apply to the terms as set out in this affidavit and attachment:

        a.      *Computer Hardware.* Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Hardware includes any data-processing devices (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, cellular telephones and mobile electronic devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, cable modems, wireless network routers, and related communications devices such as cables and connections), as well as any

48

devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

b. *Computer Software.* Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

c. *Documentation.* Computer-related documentation consists of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items.

d. *Passwords and Data Security Devices.* Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security

49

functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

3.     For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a.     evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b.     evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c.     evidence of the lack of such malicious software;

d.     evidence indicating how and when the computer was accessed or used to determine the chronological context of computer

access, use, and events relating to crime under investigation and to the computer user;

e.    evidence indicating the computer user's state of mind as it relates to the crimes under investigation;

f.    evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.    evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.    evidence of the times the COMPUTER was used;

i.    passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j.    documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.    records of or information about Internet Protocol addresses used by the COMPUTER;

l.    records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m.    contextual information necessary to understand the evidence described in this attachment.

3.    Any and all cell phones, tablets, or mobile device and the content, data and information contained in said devices to include any storage media, such as SD cards and Micro SD cards and the like.

4.    any and all communications with minors under the age of 18 years old relating to the **Subject Offenses**, including but not limited to, illicit sexual contact, gifts and payments, illegal narcotics, and sexually explicit photographs of minors.

5.    any and all communications regarding interactions with minors under the age of 18 years old in Philippines or any other foreign country, including but not limited to communications regarding illicit sexual contact with minors under the age of 18 years old.

6.    any and all items and communications relating to international travel, including but not limited to: mode of travel, length of travel, payment of travel, identities of travel partner(s), and locations of stay to include hotels, apartments, and rented rooms or residences.

7.    any and all photographs that may be of trips to Philippines or any other foreign country, including but not limited to, photographs of individuals who may be minors under the age of 18.

8.      any and all items relating to the text messaging application WhatsApp, including but not limited to, screen names, account information, contact lists, saved messages, photographs, videos, and audio recordings.

9.      any and all items relating to Facebook and Facebook Messenger, including but not limited to, screen names, account information, friends lists, and saved messages, photographs, videos, and audio recordings.

10.     any identifying information of other individuals involved in travel with intent to engage in illicit sexual activity, stored in any format;

11.     any information related to travel with intent to engage in illicit sexual activity shared in any format;

12.     Records and information relating to the identity or location of Joseph FUCHS;

13.     Diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the individual using the computer and Internet websites;

14.     Financial records, including credit card information.